O / Send

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CR 94-988-AWT

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| Plaintiff,         ) | ORDER OF DETENTION AFTER |
| v.         ) | HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| Calvin Murde         ) | Allegations of Violations of Probation |
|          ) | Supervised Release) |
|          ) | Conditions of Release) |
| Defendant.         ) | |

   On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

   The court finds no condition or combination of conditions that will reasonably assure:

   (A)  ( )   the appearance of defendant as required; and/or
   (B)  (✓)   the safety of any person or the community.

//
//

The court concludes:

A. ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

see PSA Report

(B) ( )  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

see PSA Report

IT IS ORDERED that defendant be detained.

DATED: 4/28/08

*signature*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2